UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:16-cr-00066 |
| | ) | |
| v. | ) | Honorable Janet T. Neff |
| | ) | |
| FRANCO ALBINO GALICIA-PEDROZA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**REPORT AND RECOMMENDATION**

Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on May 11, 2016, after receiving the written consent of defendant and all counsel. At the hearing, defendant Franco Albino Galicia-Pedroza entered a plea of guilty to Counts 1, 4, and 5 of the Indictment in exchange for the undertakings made by the government in the written plea agreement. In Count 1, defendant is charged with possession with intent to distribute controlled substances, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C); in Count 2, he is charged with being an alien in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(5)(A), 921(a), and 924(a)(2); and in Count 3, he is charged with possession of fraudulent documents, in violation of 18 U.S.C. § 1546(a) and 8 U.S.C. § 1324a(b)(1)(B)(ii). On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement; that the

defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

Accordingly, I recommend that defendant's plea of guilty to Counts 1, 4, and 5 of the Indictment be accepted, that the court adjudicate defendant guilty, and that the written plea agreement be considered for acceptance at the time of sentencing. Acceptance of the plea, adjudication of guilt, acceptance of the plea agreement, and imposition of sentence are specifically reserved for the district judge.


Date: May 11, 2016                    /s/ Phillip J. Green
                                    PHILLIP J. GREEN
                                    United States Magistrate Judge


## NOTICE TO PARTIES

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than 14 days after the plea hearing. *See* W.D. MICH. L.CR.R. 11.1(d).